UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 11-999-JST (MLGx)              Date: May 3, 2012
Title: Nanci Nicoli v. John C. Riddell, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                             Not Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2011-00477325

       The Court may raise the issue of subject matter jurisdiction at any time, sua sponte. *See U.S. Catholic Conference v. Abortion Rights Mobilization*, 487 U.S. 72, 79 (1988). If "the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

       On July 6, 2011, Defendants removed this action on the basis of diversity jurisdiction. (Notice of Removal, Doc. 1.) The Notice of Removal asserts that complete diversity exists between the parties because the Plaintiff, Nanci Nicoli, is a citizen of California, and each of the Defendants, including Niche Cosmetics, LLC ("Niche"), is a citizen of Arizona. (*Id*. at 2.) However, because Niche is a limited liability company, the Court must consider the citizenship of each of its members for purposes of diversity jurisdiction. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The undisputed facts in support of Niche's pending motion for partial summary judgment make clear that Nicoli is a member of Niche. (Nicoli's Separate Statement of Genuine Issues of Fact ¶ 1, Doc. 74-1.) Therefore, Niche is a citizen of California and diversity jurisdiction is not present. Accordingly, the Court REMANDS this case to the Orange County Superior Court.

                                                                            Initials of Preparer: enm